**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-02718-LTB-MJW

PATRICIA SWART,

    Plaintiff,

v.

STATE OF COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

    This will confirm that this matter is set for trial to a jury for five (5) days commencing **September 28, 2009 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. A trial preparation conference is set **August 28, 2009 at 2:00 p.m.**

Dated: May 22, 2008
_____