Document saved to the K:/ Drive in PDF format on 10/14/08

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02718-LTB-MJW

PATRICIA SWART,

    Plaintiff,

v.

STATE OF COLORADO
DEPARTMENT OF CORRECTIONS

    Defendant.

## MINUTE ORDER

*Entered by Magistrate Judge Michael J. Watanabe*

It is hereby ORDERED that the Motion to Amend Scheduling Order (Docket No. 15) filed with the Court on October 1, 2008 is hereby GRANTED. The amended discovery deadline is October 31, 2008, and the amended dispositive motion deadline is December 15, 2008.

Date: October 2, 2008