**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-02718-LTB-MJW

PATRICIA SWART,

       Plaintiff,

v.

STATE OF COLORADO DEPARTMENT OF CORRECTIONS,

       Defendant.

_____

**SUPPLEMENTAL ORDER OF REFERENCE
TO UNITED STATES MAGISTRATE JUDGE**
_____

Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), United States Magistrate Judge **Michael J. Watanabe** is designated to conduct proceedings in this civil action as follows:

( )    Convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2.

( )    Conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause.

( )    Convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

( )    Hear and determine pretrial matters, including discovery and other non-dispositive motions.

(**X**)    Conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on motions, **specifically Plaintiff's Motion for Leave to File First Amended Complaint (Doc 23 - filed October 21, 2008)**.

( )     Conduct a pretrial conference and enter a pretrial order.

IT IS ORDERED that this civil action is referred to the named magistrate judge to proceed according to the designations marked (X) above.

IT IS FURTHER ORDERED that a copy of this court's pretrial and trial procedures can be found at www.co.uscourts.gov.

BY THE COURT:


  s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED:  October 22, 2008