IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02718-LTB-MJW

PATRICIA SWART,

Plaintiff,

v.

STATE OF COLORADO DEPARTMENT OF CORRECTIONS,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 33) is GRANTED. The written Protective Order (docket no. 33-3) is APPROVED as amended in paragraph 8, and made an Order of Court.

Date: November 13, 2008