IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02718-LTB-MJW

PATRICIA SWART,

       Plaintiff,

v.

STATE OF COLORADO,
DEPARTMENT OF CORRECTIONS;
NOBLE WALLACE; and
JOAN SHOEMAKER,

       Defendants.
_____

ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss (Doc 64 - filed April 27, 2009), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                      BY THE COURT:

                                      s/Lewis T. Babcock
                                      Lewis T. Babcock, Judge

DATED: April 28, 2009